UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | EP-25-CR-1179LS |
| § | |
| § | |
| NESTOR GONZALEZ-ROMERO § | |

## DEFENDANT'S NOTICE OF INTENT TO WITHDRAW PLEA

Defendant NESTOR GONZALEZ-ROMERO was indicted in a two-count indictment alleging a violation of (1) 8 U.S.C. § 1326, Illegal Re-Entry and (2) 50 U.S.C. § 797, Violation of a Security Regulation. Doc. No. 12. On June 20, 2025, Mr.Gonzalez-Romero pled guilty to Count One, § 1326. Doc. No. 27. Mr. Gonzalez-Romero now files this notice of intent to to withdraw his guilty plea, pursuant to Federal Rule of Criminal Procedure 11.

Rule 11(d) allows a defendant to withdraw a guilty plea "after the court accepts the plea, but before it imposes sentence if . . . the defendant can show a fair and just reason for requesting the withdrawal." Subsequent to Mr. Gonzalez-Romero entering his plea, the Government offered a plea agreement, providing for dismissal of Count Two, § 797, if he pled guilty to Count One, § 1326. Because the Government only offered this agreement after Mr. Gonzalez-Romero had already pled to Count One, these circumstances provide a "fair and just" reason for withdrawal. Fed. R. Crim. P. 11(d).

Mr. Gonzalez-Romero hereby notifies the Court of his intent to withdraw his June 20, 2025 plea as to Count One, 8 U.S.C. § 1326, so that he may plead again, under the Government's plea agreement.

Respectfully Submitted,

Maureen Scott Franco
Federal Public Defender

SANDRA STRELZIN LEWIS
Assistant Federal Public Defender
Western District of Texas
Richard C. White Federal Building
700 E. San Antonio, D-401
El Paso, Texas 79901
(915) 534-6525
*Attorney for Defendant*

NESTOR GONALEZ-ROMERO
Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of July, 2025, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the following: AUSA Patricia Aguayo, Office of the U.S. Attorney, Richard C. White Building, 700 E. San Antonio, Suite 200, El Paso, TX 79901.

SANDRA STRELZIN LEWIS
*Attorney for Defendant*